# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ALLIED WORLD SURPLUS LINES INSURANCE COMPANY f/k/a DARWIN SELECT INSURANCE COMPANY, an Arkansas Corporation | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: 1:18-cv-03161 |
| JAMES J. ROCHE & ASSOCIATES; JAMES J. ROCHE; CATLIN INSURANCE COMPANY, INC.; and THEODORE MAVRAKIS | ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL OF THIS ACTION WITH PREJUDICE

NOW COMES Plaintiff, Allied World Surplus Lines Insurance Company a/k/a Darwin Select Insurance Company, by and through its attorneys, and pursuant to F.R.C.P. 41(a)(1)(A)(i), herein provides notice that it is voluntarily dismissing this action with prejudice.

**Respectfully submitted,**

**FRANKE SCHULTZ & MULLEN, P.C.**

*/s/ David A. Boresi*
JOHN L. MULLEN
DAVID A. BORESI            IL# 6187086
CHRISTOPHER M. HARPER
231 South Bemiston Avenue, Suite 955
St. Louis, MO  63105
314-455-8300 – Phone
314-455-8301 - Fax
jmullen@fsmlawfirm.com
dboresi@fsmlawfirm.com
charper@fsmlawfirm.com
**Counsel for Plaintiff Allied World Surplus Lines Insurance Company f/k/a Darwin Select Insurance Company**

F:\WPDOCS\91\91.693\Pleadings\Stipulation of Dismissal.docx